1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KEITH CAIRUS,

                        Plaintiff(s),

        v.

MAYE TRANSPORT, INC. et al.,

                        Defendant(s).

CASE NO. C25-00103-KKE

ORDER

Defendants seek to withdraw all previously asserted affirmative defenses, except for the defenses of contributory negligence and fault of others.  Dkt. No. 16 at 1, Dkt. No. 11 at 5–6. Plaintiff does not object.  Dkt. No. 16 at 1.

Pursuant to the parties' stipulation, the Court GRANTS Defendants' motion to withdraw certain affirmative defenses.  Dkt. No. 16.

Dated this 24th day of July, 2025.

_____
Kymberly K. Evanson
United States District Judge

ORDER - 1