UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KEITH CAIRUS, | CASE NO. C25-00103-KKE |
| Plaintiff(s), | ORDER OF DISMISSAL |
| v. | |
| MAYE TRANSPORT, INC., et al., | |
| Defendant(s). | |

On December 4, 2025, Judge Paris K. Kallas, the mediator in this case, filed a notice pursuant to Local Civil Rule 39.1(c)(7) indicating this case was resolved. Dkt. No. 19. As it appears that no issue remains for the Court's determination, the Court ORDERS that this action and all claims asserted herein are DISMISSED without prejudice and without costs to any party.

The trial date and pretrial deadlines previously set (Dkt. No. 10) are hereby VACATED.

Dated this 8th day of December, 2025.

Kymberly K. Evanson
United States District Judge

ORDER OF DISMISSAL - 1